(101) Citation: ISS PETITION FOR DAMAGES;   100520-6544-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

NICOLE BORDLEY
versus
BIG LOTS STORES INC, ARCH INSURANCE COMPANY

Case: 687-465   Div: "K"
P 1 NICOLE BORDLEY

To: BIG LOTS STORES INC
THROUGH THEIR AGENT FOR PROCESS OF SERVICE
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE LA 70802-6129

EBS#4872 52.48

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney J BART KELLY III and was issued by the Clerk Of Court on the 20th day of May, 2010.

Wendy L. Ritzmann, Deputy Clerk of Court for
Jon A. Gegenhelmer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION FOR DAMAGES;   100520-6544-7

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal      ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts ___ times
___ Vacant                   ___ Received too-late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   #_____
               Deputy Sheriff
Parish of:_____

EXHIBIT
A



DIV. K
JUDGE
ELLEN S. KOVACH

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO: 687465        DIVISION         DOCKET

NICOLE BORDLEY

VERSUS

BIG LOTS STORES, INC., AND ARCH INSURANCE COMPANY

FILED: _____    _____
                                     DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of NICOLE BORDLEY, a person of the full age of majority and a resident of and domiciled in the Parish of Orleans, State of Louisiana, with respect represents the following:

I.

MADE DEFENDANTS HEREIN ARE;

BIG LOTS STORES, INC. a foreign corporation domiciled in Louisiana authorized to do and doing business in this Parish and State;

ARCH INSURANCE COMPANY, a domestic/foreign insurance company authorized to do and doing business in this Parish and State;

II.

All of which are justly and truly indebted unto your petitioner jointly, severally, and in solido, for such damages as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general and equitable relief, for the following, to wit:

III.

That on or about September 6, 2009, petitioner, NICOLE BORDLEY, was at the BIG LOTS STORE located at in Gretna, Louisiana, which is property owned and/or managed by the defendant, BIG LOTS STORES, INC. herein, and as petitioner was walking when, suddenly and without warning a piece of broken glass on floor penetrated her flip flop shoe and cut her left foot causing serious injuries to petitioner as complained of herein. Defendant Big Lots Stores, Inc. either knew or should have known of this unreasonably dangerous condition which existed on its property.

## IV.

The aforesaid injuries and damages were caused solely by the negligence of defendants, **BIG LOTS STORES, INC.** and their agents and employees in the following non-exclusive particulars:

- a. failing to provide proper maintenance and keep their premises in a safe condition for their customers;
- b. failure to make or take timely inspection of the area in question;
- c. failing to properly train and/or supervise their employees as to methods of maintenance, repair, and inspection to insure safe passage for their customers and prevent this type of accident from happening;
- d. defendants knew or should have known of the unsafe condition of the area in question;
- e. failure to remedy an unsafe and/or hazardous condition;
- f. any and all other acts of negligence which may be proven at the time of the trial of this matter.

That no action or inaction on the part of the petitioner caused or contributed to the happening of the incident aforesaid.

## V.

As a result of the aforementioned accident, petitioner, **NICOLE BORDLEY**, sustained injuries to her entire body, more particularly to her left foot, and asserts to the Court that the damages needs to be determined by this Court at the time of trial in the following particulars:

- a. Past, present, and future pain and suffering;
- b. Past, present, and future medical expenses;
- c. Permanent disability;
- d. Past, present, and future loss of wages and earning capacity.

## VI.

Defendant, **BIG LOTS STORES, INC.** is responsible for the actions and/or inactions of its employees/ manager, by doctrine of respondeat superior and should respond in monetary damages.

## VII.

At all times pertinent hereto, **BIG LOTS STORES, INC.** was insured by defendant, **ARCH INSURANCE COMPANY**, and as such, **ARCH INSURANCE COMPANY** is responsible for any awards made herein.

VIII.

Petitioner avers amicable demand to no avail.

IX.

Petitioner pleads the doctrine of res ipsa loquitur.

WHEREFORE, petitioner, NICOLE BORDLEY, prays that the defendants, BIG LOTS STORES, INC., AND ARCH INSURANCE COMPANY, be duly cited to appear and answer this petition; that they be served with a copy of same; that after due proceedings had, there be judgment herein in favor of petitioner and against defendants, jointly, severally, and in solido, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid; for all costs of this proceeding; and for all general and equitable relief.

J. BART KELLY, III (24488)
ALVENDIA, KELLY & DEMAREST
909 Poydras Street, Suite 1625
New Orleans, La. 70112
(504) 200-0000
(504) 200-0001

PLEASE SERVE:

BIG LOTS STORES INC.
Through their agent for process of service:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

ARCH INSURANCE COMPANY
Through their agent for service
Secretary of State Louisiana
8585 Archives Ave
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA