UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BORDLEY | CIVIL ACTION |
| VERSUS | NO: 10-1833 |
| BIG LOTS STORES, INC. ET AL. | SECTION: "S" (4) |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, IT IS ORDERED that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  Each party will bear its own costs.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

If witnesses have been subpoenaed, <u>EVERY</u> <u>WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 27TH day of September, 2011.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE