UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLE BORDLEY | * | CIVIL ACTION NO: 10-cv-01833 |
| | * | |
| VERSUS | * | SECTION: "S" |
| | * | |
| BIG LOTS STORES, INC. and ARCH INSURANCE COMPANY | * | MAGISTRATE: 4 |
| | * | |

### ORDER

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above captioned matter be, and is hereby, dismissed as to all claims against PNS Stores, Inc., with prejudice, each party bearing their own costs.

New Orleans, Louisiana, this __21st__ day of __November__, 2011.

_____
JUDGE